IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC          *

     Plaintiff,             *

v.                       *     Civil No. RDB-16-0138

JOHN DOE              *
*Subscriber assigned IP address*
*98.117.41.80*                *

     Defendant           *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## MEMORANDUM AND ORDER RE: SUBPOENA

Presently pending before this Court is the Defendant's Motion to Quash Subpoena (ECF#7).  No hearing is necessary under Local Rule 105.6(D. Md. 2014).

Plaintiff has sued the Defendant alleging infringement of its copyright in connection with certain motion pictures, allegedly of a sexually explicit nature.  This Court has previously established a procedure with such cases filed by the Plaintiff Malibu Media, LLC.  Consistent with this Court's policy, IT IS HEREBY ORDERED this 7th day of June, 2016, that the Defendant's Motion to Quash (**ECF#7**) is **DENIED**.

                              _____/s/_____

                              Richard D. Bennett
                              United States District Judge